COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:       Helen Mayfield v. Capital One, National Association

Appellate case number:    01-18-00762-CV

Trial court case number:   2017-48720

Trial court:               269th District Court of Harris County

Appellant, Helen Mayfield, has filed a notice of appeal of the trial court's final summary judgment order. On March 16, 2018, the trial court signed an order sustaining appellee Capital One, National Association's contest to Mayfield's affidavit of inability to pay and requiring her to pay "all court costs, including filing fees" by March 23, 2018. On July 16, 2018, the trial court ordered Mayfield, in part, "to pay the Harris County District Clerk $556.00 for the unpaid filing fees and court costs incurred thus far in this case" by August 17, 2018. After she filed her notice of appeal, Mayfield filed, in the trial court, a motion for a free appellate record and an "Affidavit of Inability to Pay Filing Fees on Appeal, Free Clerk and Reporter's Record." *See* TEX. R. CIV. P. 145(a), (b). Capitol One filed a response to Mayfield's motion. *Cf. id.* 145(f)(1). However, a partial clerk's record filed in this appeal does not reflect that the trial court has signed any order regarding Mayfield's most recent affidavit of inability to pay. *See id.* 145(f)(5), (6), (7).

**Accordingly, we abate this appeal and remand the case to the trial court to determine whether appellant must pay the cost of preparation of the appellate record, according to Texas Rule of Civil Procedure 145.**[1] *See id.*

The trial court clerk is directed to prepare and file a clerk's record containing any additional filings, trial court orders, or findings related to Mayfield's "Affidavit of Inability to Pay Filing Fees on Appeal, Free Clerk and Reporter's Record." The court reporter is directed to prepare and file a reporter's record of any hearing related to a Mayfield's "Affidavit of Inability to Pay Filing Fees on Appeal, Free Clerk and

---

[1] Texas Rule of Civil Procedure 145 governs payment of fees for preparation of the clerk's and reporter's records. *See* TEX. R. CIV. P. 145(c) (defining "costs" to include clerk's and court reporter's fees for preparation of appellate record); TEX. R. APP. P. 20.1(a) ("In this rule, 'costs' mean filing fees charged by the appellate court. Fees charged for preparation of the appellate record are governed by [Rule] 145.").

Reporter's Record." The clerk's record and reporter's record are due to be filed no later than 30 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated when the requested records are filed in this appeal.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

      ☑ Acting individually    ☐ Acting for the Court

Date: __January 17, 2019___